DAVIDSON *v.* STATE HIGHWAY COMMISSIONER

Appeal from Court of Claims, William John Beer, J. Submitted Division 2 May 13, 1970, at Lansing. (Docket No. 7,469.)   Decided June 1, 1970.   Leave to appeal denied August 3, 1970.   383 Mich 813.

Complaint by L. A. Davidson against the Michigan State Highway Commissioner and Michigan State Highway Department on a contract. Action dismissed for lack of progress. Plaintiff appeals. Affirmed.

*Carl H. Reynolds,* for plaintiff.

Before: LESINSKI, C. J., and DANHOF and SNOW,* JJ.

PER CURIAM.   Upon motion of the defendant the court of claims dismissed plaintiff's cause of action for lack of progress. GCR 1963, 501.3. Plaintiff has appealed arguing that this was an abuse of discretion. The record clearly supports the action of the trial judge. The argument is without merit. *Corley* v. *Krawczak* (1969), 16 Mich App 176; *People* v. *Tolbert* (1970) 23 Mich App 566; *Spalding* v. *Spalding* (1959), 355 Mich 382.

Affirmed, no costs, defendants not having filed a brief.

---

* Circuit judge, sitting on the Court of Appeals by assignment.